Judgment reversed and new trial ordered, with costs to appellant to abide event.

---

The A. D. Farmer & Son Type Founding Co., Respondent, *v.* Alphonse S. Sorgi et al., Appellants.

Appeal from a judgment, in favor of the plaintiff, rendered in the Municipal Court of the city of New York, second district, borough of Manhattan.

John J. Freschi, for appellants.

William Stuart, for respondent.

*Per Curiam.*   Judgment in this case was awarded on the pleadings.   These do not show that the defendants, or either of them, resided in the county of New York.   The defect is jurisdictional and requires a reversal.   Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present:  Freedman, P. J.; MacLean and Leventritt, JJ.

Judgment reversed and new trial ordered, with costs to appellants to abide event.